Entered: August 26th, 2019
SO ORDERED
Date signed August 23, 2019
REGISTRY OF JUDGMENTS



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| IN RE: | | |
| DENNIS ALEXIS BRAVO, | * | Case No.: 19-14335-MMH |
|     Debtor. | | |
| | * | Chapter 7 |
| STATE OF MARYLAND | * | |
| CENTRAL COLLECTION UNIT, | | |
|     Plaintiff, | * | |
| v. | * | Adv. Pro. No.: 19-00214 |
| DENNIS ALEXIS BRAVO, | * | |
|     Defendant. | | |

\* \* \* \* \*

## **JUDGMENT**

In accordance with that Order entered contemporaneously herewith, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that judgment is granted in favor of State of Maryland Central Collection Unit against Dennis Alexis Bravo in the amount of Two Thousand, Three Hundred Thirty-Six dollars and Eighty-Nine cents ($2,336.89), plus the cost of this action, Three Hundred Fifty dollars ($350.00), and post-judgment interest at the legal rate.

cc:

Dennis Alexis Bravo
8429 Maryland Rd.
Pasadena, MD 21122

Susan C. Scanlon, Esquire
Assistant Attorney General
State of Maryland Central Collection Unit
300 W. Preston St., Rm 407
Baltimore, MD 21201

**END OF ORDER**